IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 3:12CV255 |
| | | **Judge Timothy S. Black** |
| **Plaintiff** | : | |
| v. | : | |

**$7,100.00 in United States Currency, et al.**:

**Defendants**

## WARRANT OF ARREST IN REM

To the United States Marshal for the Southern District of Ohio, and/or any duly authorized law enforcement officer:

WHEREAS a verified Complaint for Forfeiture in Rem has been filed by the United States alleging that the defendants are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) and/or (6) and the Court having reviewed the complaint, the Court hereby finds that there is probable cause to believe that the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C.§ 881(a)(4) as a vehicle which was used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of property described in 21 U.S.C. § 881(a)(1), (2) and (9) and the defendant currency and vehicle are each subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) as a "thing of value" furnished or intended to be furnished by any person in exchange for a controlled controlled substance, proceeds traceable to an exchange of a controlled substance and/or money used or intended to be used to facilitate a violation of subchapter 21.

THEREFORE YOU ARE COMMANDED to:

1. Arrest and seize the defendants $7,100.00 in United States Currency and 1975 Oldsmobile Cutlass, VIN #3G37K5M222736 ("the defendants") and retain the defendants in your custody or make arrangements for a substitute custodian for the defendants, and use discretion and whatever means appropriate to protect and maintain the defendants until further order of this Court;

2. Provide notice of this action and the arrest of the defendants and of the right to contest the forfeiture of the defendants in accordance with Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Such notice shall specify the time within which a claim, and an answer or motion under Rule 12 of the Federal Rules of Civil Procedure.

3. Make prompt return to the Court of this Warrant after it is executed.

Date: 7/31/12

Timothy S. Black
United States District Court Judge