# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12CV255 |
| Plaintiff | : | Judge Timothy S. Black |
| v. | : | |
| $7,100.00 in U.S. Currency, et al, | : | |
| Defendants. | : | |

## AGREED ORDER AND DECREE OF FORFEITURE

It is hereby stipulated and AGREED by and between Plaintiff, United States of America and Claimant, ADAM PHILLIPS by and through his Counsel, Jay Adams, that:

(1) of Defendant (1) $7,100.00 in United States Currency, the amount of $3,100.00 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6); and the amount of $4,000.00 shall be returned to Claimant, ADAM PHILLIPS through his attorney, Jay Adams; and Defendant (2) 1975 Oldsmobile Cutlass, VIN #3G37K5M222736 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

(2) Claimant, ADAM PHILLIPS, understands that notwithstanding the United States' agreement to return $4,000.00, the Federal Debt Collection Act of 1996, 31 U.S.C. §3716, and the Treasury Offset Program (TOP) require federal disbursing officials to offset federal payments to collect certain delinquent debts owed to the United States, and certain delinquent debts owed to states, including past-due child support enforced by states; thus the $4,000.00 shall be returned to the claimant, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is required to collect;

(3) Claimant, ADAM PHILLIPS through his attorney, Jay Adams, shall release any and all claims which he may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action;

(4) the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation; and

(5) the Court will retain jurisdiction to enforce the terms of this Agreement; and

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) of Defendant (1) $7,100.00 in United States Currency the amount of $3,100.00 is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) and Defendant (2) 1975 Oldsmobile Cutlass, VIN #3G37K5M222736 is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

(2) the amount of $4,000.00 shall be returned to Claimant, ADAM PHILLIPS, through his attorney Jay Adams, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is required to collect;

(3) any and all claims which Claimant, ADAM PHILLIPS, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED;

(4) the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation;

(5) the Court will retain jurisdiction to enforce the terms of this Agreement; and

(6) this case is hereby TERMINATED on the docket.

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE


CARTER M. STEWART
United States Attorney


*s/Pamela M. Stanek*            *per telephone authorization 3/27/13*
Assistant United States Attorney            JAY ADAMS(0072135)
                                            Attorney for Claimant ADAM PHILLIPS